# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANWAR McKENNEY

NO. 2026 KW 0433

**APRIL 10, 2026**

---

In Re:    Anwar McKenney, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 50438.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**  See La. Const. art. I, § 18(B).

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving pro tempore, by special appointment of the Louisiana Supreme Court.